DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**JASON CAVILEER**

# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 10-CR-0347 MCE |
| Plaintiff, | WAIVER OF PERSONAL APPEARANCE ORDER |
| vs. | |
| JASON CAVILEER, | |
| Defendant. | |

I, Jason Cavileer, hereby waive the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after hearing, except upon arraignment, plea, inpanelment of jury, trial, and imposition of sentence. I request that the court proceed during every absence the court may permit pursuant to this waiver. I agree that my interests will be deemed represented at all times by the presence of my attorney, the same as if I were personally present, and I further agree to be present in court ready for hearing any day and hour the court may fix in my absence.

//

//

-1-

I have been informed of my rights under the Speedy Trial Act, 18 U.S.C. §§ 3161-3174, and I authorize my attorney to set times and delays under the Act without me being present.

DATED: August 9, 2012

/s/ Jason Cavileer (Original retained by attorney)

_____
JASON CAVILEER
Defendant

I concur in Mr. Cavileer's decision to waive his appearance at preliminary proceedings.

Respectfully submitted,

DATED: August 9, 2012

/s/ Dan Koukol

_____
DAN KOUKOL
Attorney for Defendant,
JASON CAVILEER

**ORDER**

**IT IS SO ORDERED**.

Dated: September 5, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE