UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,　　　　　　　Case No. 2:10-CR-00347-09-MCE

　　　　Plaintiff,
　v.　　　　　　　　　　　　　　　　　　**ORDER FOR RELEASE OF PERSON**
　　　　　　　　　　　　　　　　　　　　**IN CUSTODY**
JASON CAVILEER,

　　　　Defendant.
_____/

TO: THE UNITED STATES MARSHAL SERVICE.

　　　This is to authorize and direct you to release JASON CAVILEER, Case No. 2:10-CR-00347-09-MCE, from custody for the following reasons:

|   |   |
|---|---|
| ___ | Release on Personal Recognizance |
| ___ | Bail Posted in the Sum of $____ |
| ___ | Unsecured Appearance Bond |
| ___ | Appearance Bond with 10% Deposit |
| ___ | Appearance Bond with Surety |
| ___ | Corporate Surety Bail Bond |
| _X_ | (Other): Pursuant to the Court's Order on March 14, 2014. The defendant was ordered to appear for Judgment and Sentencing on June 5, 2014 at 9:00 a.m. in Courtroom 7. |

Issued at Sacramento, California on March 14, 2014 at 9:35 a.m.

Dated: March 14, 2014

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE