DAN KOUKOL
Attorney at Law
State Bar No. 122526
11930 Heritage Oak Place, Suite 6
Auburn, California 95603
Telephone: (530) 823-5400
Facsimile: (530) 852-0150
Email: dkoukol@placergroup.com

Attorney for Defendant,
**JASON CAVILEER**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:10-CR-00347 MCE |
| Plaintiff, | STIPULATION AND ORDER |
| vs. | DATE: August 14, 2014<br>TIME: 9:00 AM |
| JASON CAVILEER, | JUDGE: Hon. Morrison C. England, Jr. |
| Defendant. | |

It is hereby stipulated and agreed to between the United States of America through Justin Lee, Assistant U.S. Attorney, and defendant Jason Cavileer, by and through his attorney, Dan Koukol, that the sentencing hearing of August 14, 2014 be vacated and that a sentencing hearing be set for September 25, 2014 at 9:00 AM.

/ /

/ /

/ /

/ /

/ /

/ /

1  This continuance is being requested because counsel will be in a jury trial from August 5, 2014 through August 26, 2014 in case number 2:12-CR-00003 LKK.

DATED: AUGUST 8, 2014          Respectfully submitted,


/s/ DAN KOUKOL
_____
DAN KOUKOL
Attorney for defendant Jason Cavileer


DATED: AUGUST 8, 2014          Respectfully submitted,


/s/ DAN KOUKOL FOR JUSTIN LEE
_____
JUSTIN LEE
Assistant U.S. Attorney


The sentencing hearing in the above-entitled matter, scheduled for August 14, 2014, be vacated and the matter continued to September 25, 2014, at 9:00 AM for sentencing.

IT IS SO ORDERED.

Dated: August 13, 2014

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT